**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

HII SHIPCYCLE, LLC,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

Case No. 26-1299 C

Judge ________________

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Paragraph 4 of Appendix C to the Rules of the Court of Federal Claims, Plaintiff HII ShipCycle, LLC ("ShipCycle") moves for leave to file its Complaint and related filings under seal. ShipCycle will file proposed redacted versions of these filings with the Court.

The Complaint and related filings contain source selection sensitive information, as well as proprietary information, trade secrets, and confidential financial information, the release of which would cause severe competitive harm. The record in this protest likely will contain similarly sensitive information. Accordingly, ShipCycle respectfully requests the Court grant this Motion for Leave to File Under Seal its Complaint and attachments thereto.

Dated: September 2, 2026

Respectfully submitted,

Damien C. Specht
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 791-8585
Facsimile: (202) 887-0763
Email: dspecht@mofo.com

*Attorney of Record for Plaintiff HII ShipCycle, LLC*

Of Counsel:

James A. Tucker
Thomas Lee
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Email: jtucker@mofo.com
tlee@mofo.com