# In the United States Court of Federal Claims

| | |
|---|---|
| HII SHIPCYCLE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant,* | No. 26-1299<br>(Filed: September 2, 2026) |

**ORDER**

On September 2, 2026, Plaintiff filed its Complaint (ECF 1) in this procurement protest action. On September 9, 2026, the Court held an initial status conference. For good cause shown and consistent with the Court's oral order given at the status conference, NorthStar Maritime Dismantlement Services, LLC's unopposed Motion to Intervene (ECF 9) is **GRANTED**. The parties are directed to use the case caption below on all filings moving forward.

| | |
|---|---|
| HII SHIPCYCLE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>NORTHSTAR MARITIME<br>DISMANTLEMENT SERVICES, LLC,<br><br>*Defendant-Intervenor.* | No. 26-1299<br>Judge Philip S. Hadji |

For good cause shown, Plaintiff's Motion to Seal the Complaint (ECF 3) and Plaintiff's Motion for Protective Order (ECF 4) are also **GRANTED**. The Court will separately issue a protective order. In accordance with the protective order, the Court expects the parties to redact all protected documents for the public record after following the procedures outlined in paragraph 12 of the protective order. The Court expects redacted copies to be filed **within one week of filing a document under seal**.

At the status conference, the parties provided the Court with a proposed schedule for further proceedings in this matter. The Court will adopt the proposed schedule. Accordingly, the parties are **DIRECTED** to comply with the following schedule:

| | |
|---|---|
| Government files the Administrative Record through DOJ's file-sharing system by | September 30, 2026 |
| Government to file the Administrative Record on CM/ECF | October 7, 2026 |
| Plaintiff's motion for judgment on the administrative record and amended complaint (if necessary) due by | October 14, 2026 |
| Government and Defendant-Intervenor's cross-motions for judgment on the administrative record and responses to Plaintiff's motion due by | October 28, 2026 |
| Plaintiff's reply in support of its motion and response to the Government's and Defendant-Intervenor's cross motions due by | November 4, 2026 |
| Government and Defendant-Intervenor's replies in support of their cross-motions due by | November 11, 2026 |

**IT IS SO ORDERED.**

s/ Philip S. Hadji
Philip S. Hadji
Judge