**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| HII SHIPCYCLE, LLC,<br>*Plaintiff*,<br>v.<br>THE UNITED STATES,<br>*Defendant*,<br>and<br>NORTHSTAR MARITIME DISMANTLEMENT SERVICES, LLC,<br>*Defendant-Intervenor*. | Case No. 26-1299<br>Judge Philip S. Hadji |

**HII SHIPCYCLE, LLC'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, HII ShipCycle, LLC respectfully files this notice of dismissal of this protest without prejudice.

Dated: October 14, 2026

Respectfully submitted,

/s/ Damien Specht

Damien C. Specht
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Telephone: (202) 791-8585
Facsimile: (202) 887-0763

*Attorney of Record for HII ShipCycle, LLC*

Of Counsel:

James A. Tucker
Michael P. Ols
Thomas Lee
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Email: jtucker@mofo.com
mols@mofo.com
tlee@mofo.com